627 A.2d 105

IN THE MATTER OF EDWARD J. GAFFNEY,
AN ATTORNEY AT LAW.

June 24, 1993.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that EDWARD J. GAFFNEY of NEWTON, who was admitted to the bar of this State in 1989, be publicly reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 3.2 (failure to expedite litigation) and *RPC* 8.1(b) (failure to cooperate with District Ethics Committee);

And the Disciplinary Review Board further recommending that respondent be examined by a psychiatrist and that he practice under the supervision of a proctor;

And good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and **EDWARD J. GAFFNEY** is hereby publicly reprimanded; and it is further

ORDERED that respondent be examined forthwith by a psychiatrist approved by the Office of Attorney Ethics; and it is further

ORDERED that respondent practice law under the supervision of a proctor approved by the Office of Attorney Ethics until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.